**Tyrone G. MIGUEL, Claimant–Appellant,**

v.

**Hershel W. GOBER, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 00–7145.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2000.

ORDER

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.